UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INCHCAPE SHIPPING SERVICES and
HELMGALE SARL,

                Plaintiffs,

-v-

                              07 CIV 8794

                            **STATEMENT PURSUANT
                            TO F.R.C.P 7.1**

COMPANIA TRANSATLANTICA
ESPANOLA SA, a/k/a CTE,

                Defendant.
------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs, INCHCAPE SHIPPING SERVICES and HELMGALE SARL, certifies that there are no corporate parents, subsidiaries, or affiliates of these parties, which are publicly held.

Dated: Port Washington, New York
       October 12, 2007

                                          CHALOS, O'CONNOR & DUFFY, L.L.P.
                                          Attorneys for Plaintiff
                                          INCHCAPE SHIPPING SERVICES and
                                          HELMGALE SARL

                          By: _____
                              George M. Chalos (GC-8693)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600
                              Fax: (516) 767-3605
                              Email: gmc@codus-law.com