CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
INCHCAPE SHIPPING SERVICES and          :
HELMGALE SARI,                                              :
                                                                          :
                   Plaintiff,          :     **07-CV-8794**
                                                                          :
               v.                               :     **NOTICE OF**
                                                                          :     **APPEARANCE**
COMPANIA TRANSATLANTICA  ESPANOLA  :
SA, a/k/a CTE,                                               :
                                                                          :
                                                                          :
               Defendant.       :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
         October 16, 2007

                                            CLARK, ATCHESON & REISERT
                                            Attorneys for Garnishee
                                            Societe Generale New York Branch

                     By:  _____
                                            Richard J. Reisert (RR-7118)
                                            7800 River Road
                                            North Bergen, NJ  07047
                                            Tel: (201) 537-1200
                                            Fax: (201) 537-1201
                                            Email:  reisert@navlaw.com