USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08

Sand, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
INCHCAPE SHIPPING SERVICES and
HELMGALE SARL,

                     Plaintiffs,           07 CV 8794 (LBS)

-v-
                                                        **NOTICE OF VOLUNTARY**
COMPANIA TRANSATLANTICA          **DISMISSAL AND ORDER**
ESPANOLA SA, a/k/a CTE

                   Defendant.
-----------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiffs, INCHCAPE SHIPPING SERVICES and HELMGALE SARL, as to defendant, COMPANIA TRANSATLANTICA ESPANOLA SA, a/k/a CTE, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
        May 22, 2008

                                                  CHALOS, O'CONNOR & DUFFY, LLP
                                                  Attorneys for Plaintiffs
                                                  INCHCAPE SHIPPING SERVICES and
                                                  HELMGALE SARL

                       By:   _____
                                           George M. Chalos (GC-8693)
                                           366 Main Street
                                           Port Washington, New York 11050
                                           Tel:   (516) 767-3600
                                           Fax:  (516) 767-3605
SO ORDERED:                               Email: gmc@codus-law.com

_____
Hon. Leonard B. Sand, U.S.D.J.

5/22/08